**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ADAM J. MATTESON, JR.,

                    Plaintiff,

    - v -                                      Civ. No. 9:16-CV-1548
                                                             (DJS)

SGT. GALORNO, *et al.*,

                    Defendants.

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

As part of the Court's previous directive (*see* Text Minute Entry dated March 8, 2019) Counsel for the Defendants was instructed to provide to chambers the personnel files for Defendants. On March 15, 2019, the personnel files of Defendants Dustin Blair, Jason Duprey, Michael Galarneau, and Corey Holland were provided to the Court. The *in camera* review of the files of Defendants Blair and Duprey did not reveal any relevant information or impeachment that could be shared with Plaintiff. However, the review of the personnel files of Defendants Galarneau and Holland did disclose documents that may possibly be relevant to the claims, or used for impeachment purposes. Those documents are identified as follows:

    1.    Sgt. Galarneau -Nos. 56-61.

    2.    CO Holland - Nos. 26-32.

When retrieving the personnel files, Defendants' Counsel shall make a copy of the

pages identified above and provide them to Counsel for the Plaintiff. The documents will be designated as "Confidential - Attorneys Eyes Only" and shall not be provided to the Plaintiff.

The Court directs that Defendants' Counsel immediately retrieve from the Court's Courtroom Deputy, Maria Blunt, the personnel files of Dustin Blair, Jason Duprey, Michael Galarneau, and Corey Holland.

**IT IS SO ORDERED**.

**DATED**: March 28, 2019
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge